CHAMBERS COPY

E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RUDY CASTILLO,**<br><br>Petitioner,<br><br>v.<br><br>**EDMUND G. BROWN, JR.,**<br><br>Respondent. | C 05-1177 WHA (PR)<br><br>[PROPOSED] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **November 6, 2007**, an answer or other responsive pleading to the petition for writ of habeas corpus. If petitioner wishes to respond, he shall do so by filing a traverse or opposition with the Court and serving it on respondent within 30 days of his receipt of the answer or other responsive pleading.

IT IS SO ORDERED.

Dated: _____          _____
                                 The Honorable William Alsup
                                 9.12.07

[Proposed] Order                                  Castillo v. Brown, Jr.
                                                  Case No. C 05-1177 WHA (PR)